**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

WILLIAM HENRY TANNER, JR.,                CASE NO. 18-05161-5-DMW
                                          CHAPTER 13

      DEBTOR

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

NOW COMES the Chapter 13 Trustee, and hereby moves for entry of an order denying confirmation of the Debtor's amended chapter 13 plan by finding it does not comply with the provisions of 11 U.S.C. §§ 1322 and or 1325, and further directing that the Debtor shall have 14 days to file an amended chapter 13 plan. The basis for this objection is set forth below:

1. The plan is infeasible due to the filing of a claim on behalf of Wilmington Savings Fund Society, FSB in an amount greater than scheduled in the plan. The plan is not funded to pay this claim in full.

WHEREFORE, based upon the foregoing, the Trustee respectfully requests that the Court deny confirmation of the amended plan, grant the Debtor 14 days to file an amended chapter 13 plan, and for any other relief the Court deems just and proper.

DATED: January 4, 2019

                                                /s/ *John F. Logan*
                                                John F. Logan, Chapter 13 Trustee
                                                N.C. State Bar No. 12473
                                                P.O. Box 61039
                                                Raleigh, NC  27661-1039
                                                Telephone:  (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

**WILLIAM HENRY TANNER, JR.,**          **CASE NO. 18-05161-5-DMW**
                                        **CHAPTER 13**

      **DEBTOR**

**CERTIFICATION OF SERVICE**

I, Kristen McGowan, of P.O. Box 61039, Raleigh, N.C. 27661-1039, do certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and

That I have this day served copies of the foregoing Objection to Confirmation on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage, or if such interested party is a Filing User, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  January 4, 2019

                                          *s/ Kristen McGowan*
                                          Case Administrator

*By U.S. Mail*:
William Henry Tanner, Jr.
3812 Sue Ellen Dr.
Raleigh, NC  27604


*By CM/ECF*:
Travis Sasser, Attorney for Debtor
Law Office of Travis Sasser
2000 Regency Pkwy., Ste. 230
Cary, NC  27518